IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CCC INFORMATION SERVICES INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:18-cv-07246 |
| v. | ) | |
| | ) | |
| TRACTABLE INC., | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF CLAIMS INVOLVING TRADEMARK

Plaintiff CCC Information Services Inc. ("CCC" or "Plaintiff"), by and through its attorneys, and pursuant to Local Rule 3.4 of the Local Rules of the United States District Court for the Northern District of Illinois, hereby provides the information the Clerk is required to forward to the Commissioner pursuant to 15 U.S.C. §1116(c).

**Name and Addresses of Litigants:**

Plaintiff: CCC Information Systems Inc.
222 W Merchandise Mart Plaza, Suite 900
Chicago, IL 60654

Defendant: Tractable Inc.                    Tractable Inc.
156 2nd Street                                132-140 Goswell Road
San Francisco, CA 94105                       London EC1V 7DY
                                              United Kingdom

**Trademark Registration Numbers:**

| Mark | Registration Number |
|---|---|
| CCC® | 2,013,714 |
| CCC® | 4,588,425 |
| CCC ONE® | 4,473,633 |
| CCC ONE® | 4,527,798 |
| CCC ONE® | 3,664,638 |
| CCC ONE® | 3,706,398 |

Page **1** of **2**

Dated:  October 30, 2018                                Respectfully submitted,

                                                        /s/ Kathleen P. Lally
                                                        One of the Attorneys for Plaintiff CCC
                                                        Information Services Inc.

Mark S. Mester
  mark.mester@lw.com
Terra Reynolds
  terra.reynolds@lw.com
Kathleen P. Lally
  kathleen.lally@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767