# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CCC Information Services Inc. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:18-cv-07246 |
| v. ) | |
| ) | Honorable Robert W. Gettleman |
| Tractable Inc., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO EXTEND TIME

Defendant Tractable Inc. ("Tractable"), hereby moves pursuant to Federal Rule of Civil Procedure 6 for entry of an Order extending the time for Tractable answer, move, or otherwise respond to Plaintiff's Complaint by 30 days, or until and including Friday, December 21, 2018. The Complaint is lengthy, includes ten counts for relief under federal and Illinois State law, and presents little basis for the exercise of jurisdiction over Tractable or the case. Tractable requests an extension of time so that it has sufficient time to review, investigate, analyze, and respond to the ten counts set forth in the Complaint, which did not attach any exhibits despite discussing in detail an appraiser license. Further, Tractable has no business operations in Illinois, and only obtained its local counsel this week. Thus, a 30-day extension of time will enable Tractable to fully respond to the complaint, as well as coordinate its efforts among its counsel.

Prior to filing the instant motion, counsel for the parties discussed the same, but Plaintiff did not consent to this motion.

DATED this 14th day of November 2018        Respectfully submitted,

                                                                 By:  */s/ Leif R. Sigmond, Jr.*
                                                                       Leif R. Sigmond, Jr. (IL Bar No. 6204980)
                                                                       Jennifer M. Kurcz (IL Bar No. 6279893)
                                                                       Kiley C. Keefe (IL Bar No. 6320902)
                                                                       **Baker & Hostetler LLP**
                                                                       191 N. Upper Wacker Dr., Suite 3100
                                                                       Chicago, IL 60606

                                                                       *Attorneys for Defendant Tractable Inc.*

2

## **CERTIFICATE OF SERVICE**

     I hereby certify that on November 14th, 2018, I caused the foregoing to be filed using the Court's electronic filing system which provides service to all counsel of record.

                                                                                /s/ *Jennifer M. Kurcz*