UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CCC Information Services Inc. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:18-cv-07246 |
| v. ) | |
| ) | Honorable Robert W. Gettleman |
| Tractable Inc., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, November 20, 2018 at 9:15 a.m., or as soon thereafter as counsel may be heard, counsel for Defendant Tractable Inc. shall appear before the Honorable Robert W. Gettleman, or anyone sitting in his stead in Courtroom 1703 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present **MOTION TO EXTEND TIME**.

DATED this 14th day of November 2018       Respectfully submitted,

By: */s/ Leif R. Sigmond, Jr.*
Leif R. Sigmond, Jr. (IL Bar No. 6204980)
Jennifer M. Kurcz (IL Bar No. 6279893)
Kiley C. Keefe (IL Bar No. 6320902)
**Baker & Hostetler LLP**
191 N. Upper Wacker Dr., Suite 3100
Chicago, IL 60606

*Attorneys for Defendant Tractable Inc.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 14th, 2018, I caused the foregoing to be filed using the Court's electronic filing system which provides service to all counsel of record.

                                                                    */s/ Jennifer M. Kurcz*