## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

CCC Information Services Inc.
                              Plaintiff,

v.                                               Case No.: 1:18−cv−07246
                                                   Honorable Robert W. Gettleman

Tractable Inc.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 20, 2018:

      MINUTE entry before the Honorable Robert W. Gettleman: Defendant's motion [14] for an extension of time to answer or otherwise plead is granted. Defendant's responsive pleading due 12/21/2018. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.