# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CCC INFORMATION SERVICES INC., <br><br> Plaintiff, <br><br> v. <br><br> TRACTABLE INC., <br><br> Defendant. | Case No. 1:18-cv-07246 <br><br> Honorable Robert W. Gettleman |

## MOTION TO DISMISS

Tractable Inc. ("Tractable") will, and hereby does, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure move this Court to dismiss the Complaint of CCC Information Services Inc. ("CCC") filed on October 30, 2018 for failure to state a claim upon which relief can be granted. This Motion is based on and incorporates by reference the Memorandum of Law in Support thereof, the Declaration of Xing Xin and its accompanying exhibits, and all papers on file and arguments as may be submitted in this action.

As noted in the concurrently filed Motion to Compel Arbitration, Tractable urges the Court not reach the instant Motion to Dismiss and instead stay the case pending the arbitration.

WHEREFORE, for the foregoing reasons and those set forth in the concurrently-filed Memorandum of Law in support of this Motion, Tractable respectfully requests that the Court dismiss CCC's Complaint with prejudice.

Dated: December 20, 2018                Respectfully submitted,


                                        By: s/ Jennifer M. Kurcz
                                            Leif R. Sigmond, Jr. (Bar No. 6204980)
                                            Jennifer M. Kurcz (Bar No. 6279893)
                                            BAKER HOSTETLER LLP
                                            191 North Wacker Drive, Suite 3100
                                            Chicago, IL 60606-1901
                                            Telephone:      +1 312 416 6200
                                            Facsimile:      +1 312 416 6201
                                            lsigmond@bakerlaw.com
                                            jkurcz@bakerlaw.com

                                            Richard F. Martinelli (*pro hac vice application pending*)
                                            Angela Colt (*pro hac vice application pending*)
                                            ORRICK, HERRINGTON & SUTCLIFFE LLP
                                            51 West 52nd Street
                                            New York, NY 10019-6142
                                            Telephone:      +1 212 506 5000
                                            Facsimile:      +1 212 506 5151
                                            rmartinelli@orrick.com
                                            acolt@orrick.com

                                            *Attorneys for Tractable Inc.*

## CERTIFICATE OF SERVICE

I, Jennifer M. Kurcz, hereby certify that on this 20th day of December, 2018, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all filing users.

                                                         s/ Jennifer M. Kurcz
                                                         Jennifer M. Kurcz