IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CCC INFORMATION SERVICES INC., <br><br> Plaintiff, <br><br> v. <br><br> TRACTABLE INC., <br><br> Defendant. | Case No. 1:18-cv-07246 <br><br> Honorable Robert W. Gettleman |

**NOTICE OF APPEAL TO**
**THE UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT**

Notice is given that defendant Tractable Inc. appeals under 9 U.S.C. § 16 to the United States Court of Appeals for the Seventh Circuit from the order entered on May 7, 2019 (Dkt. 43).

Dated: May 24, 2019

Respectfully submitted,

By: */s/ Richard F. Martinelli*
Richard F. Martinelli (*pro hac vice*)
Angela Colt (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone: +1 212 506 5000
Facsimile: +1 212 506 5151
rmartinelli@orrick.com
acolt@orrick.com

Leif R. Sigmond Jr. (Bar No. 6204980)
Jennifer Kurcz (Bar No. 6279893)
BAKER HOSTETLER LLP
One North Wacker Drive, Suite 4500
Chicago, IL 60606
Telephone: +1 312 416 6200
Facsimile: +1 312 416 6201
lsigmond@bakerlaw.com
jkurcz@bakerlaw.com

*Attorneys for Tractable Inc.*

4125-4600-9884

## **CERTIFICATE OF SERVICE**

    I, Richard F. Martinelli, hereby certify that on this 24th day of May, 2019, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all filing users.

                                                                        */s/ Richard F. Martinelli*
                                                                          Richard F. Martinelli

4125-4600-9884