# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| CCC INFORMATION SERVICES, INC., | ) | |
| Plaintiff, | ) ) ) | Case No. 1:18-cv-07246 |
| v. | ) ) ) | Hon. Robert W. Gettleman |
| TRACTABLE INC., | ) ) ) | |
| Defendant. | ) ) | |

## JOINT STATUS REPORT

Pursuant to the Court's minute order dated November 17, 2021, (Dkt. 75), Plaintiff CCC Information Services, Inc. ("CCC") and Defendant Tractable Inc. ("Tractable") (collectively, the "Parties"), jointly report that mediation has not lead to a resolution, no additional mediation sessions are scheduled, and the U.S. Court of Appeals for the Seventh Circuit Court has issued the following briefing schedule:

December 16, 2021 – Appellant Tractable's brief and short appendix due

February 18, 2022 – Appellee CCC's response brief due

March 18, 2022 – Appellant Tractable's reply brief due

*See* Dkt. No. 24, Appeal No. 19-01997 (7th Cir.). The Parties further report that their attorneys of record are as follows:

*Counsel for Plaintiff CCC*
Mark S. Mester (Bar No. 6196140) (**Lead*)
Terra Reynolds (Bar No. 6278858)
Adam M. Greenfield (Bar No. 6292915)
Jason Burt (*pro hac vice*)
Stephen D. O'Donohue (*pro hac vice*)
LATHAM & WATKINS LLP

*Counsel for Defendant Tractable*
Lazar P. Raynal (Bar No. 6199215) (**Lead*)
KING & SPALDING LLP
Robert L. Raskopf (*pro hac vice*)
Ethan Glass (*pro hac vice*)
Adam B. Wolfson (*pro hac vice*)
John M. Robinson (Bar No. 6317362)
QUINN EMMANUEL URQUHART & SULLIVAN, LLP

Except as otherwise noted above, the Parties have no updates to the Joint Status Report filed on

March 5, 2021. *See* Dkt. No. 74.

Dated: November 30, 2021                        Respectfully submitted,

/s/ *Adam M. Greenfield*
Adam M. Greenfield (Bar No. 6292915)
adam.greenfield@lw.com
Jason Burt (*pro hac vice*)
jason.burt@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile (202) 637-2201

Mark S. Mester (Bar No. 6196140)
mark.mester@lw.com
Terra Reynolds (Bar No. 6278858)
terra.reynolds@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

Stephen D. O'Donohue (*pro hac vice*)
stephen.odonohue@lw.com
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

*Counsel for CCC Information Services, Inc.*

/s/ *Lazar P. Raynal (with consent)*
Lazar P. Raynal (Bar No. 6199215)
lraynal@kslaw.com
KING & SPALDING LLP
110 N. Upper Wacker Dr., Suite 3800
Chicago, Illinois 60606
Telephone: (312) 764-6974

John M. Robinson (Bar No. 6317362)
johnrobinson@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Robert L. Raskopf (*pro hac vice*)
robertraskopf@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Ethan Glass (*pro hac vice*)
ethanglass@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Adam B. Wolfson (*pro hac vice*)
adamwolfson@quinnemanuel.com

2

                                                QUINN EMANUEL URQUHART & SULLIVAN, LLP
                                                865 S. Figueroa Street, 10th Floor
                                                Los Angeles, California 90017
                                                Telephone: (213) 443-3000
                                                Facsimile: (213) 443-4100

                                                *Counsel for Defendant Tractable Inc.*