# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

June 6, 2022

Before
FRANK H. EASTERBROOK, *Circuit Judge*
MICHAEL B. BRENNAN, *Circuit Judge*
AMY J. ST. EVE, *Circuit Judge*

| No. 19-1997 | CCC INTELLIGENT SOLUTIONS INC., Plaintiff - Appellee  v.  TRACTABLE INC., Defendant - Appellant |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:18-cv-07246 Northern District of Illinois, Eastern Division District Judge Robert W. Gettleman | |

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

Clerk of Court

form name: **c7_FinalJudgment**     (form ID: **132**)