IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CCC INFORMATION SERVICES INC., ) | |
| ) | |
| Plaintiff, ) | Case No. 1:18-cv-07246 |
| v. ) | |
| ) | Hon. Robert W. Gettleman |
| TRACTABLE INC., ) | |
| ) | |
| Defendant. ) | |

## MOTION TO DISMISS

Tractable Inc. will, and hereby does, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, move this Court to dismiss Count One (Computer Fraud and Abuse Act, 18 U.S.C. § 1030) and Count Six (Illinois Uniform Deceptive Trade Practices Act, 815 ILCS 510) of the Amended Complaint of CCC Information Services Inc. ("CCC") filed on January 10, 2019.  This Motion is based on and incorporates by reference the Memorandum of Law in Support thereof and all papers on file and arguments as may be submitted in this action.

WHEREFORE, for the foregoing reasons and those set forth in the concurrently filed Memorandum of Law in support of this Motion, Tractable respectfully requests that the Court dismiss Counts One and Six in CCC's Amended Complaint with prejudice.

DATED: September 21, 2022 　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Lazar P. Raynal*
　　　　　　　　　　　　　　　　　　　　　　　　Lazar P. Raynal (Bar No. 6199215)
　　　　　　　　　　　　　　　　　　　　　　　　Michael A. Lombardo (Bar No. 6334886)
　　　　　　　　　　　　　　　　　　　　　　　　KING & SPALDING LLP
　　　　　　　　　　　　　　　　　　　　　　　　110 N. Wacker Drive, Suite 3800
　　　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (312) 995-6333
　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (312) 995-6330
　　　　　　　　　　　　　　　　　　　　　　　　lraynal@kslaw.com
　　　　　　　　　　　　　　　　　　　　　　　　mlombardo@kslaw.com

Julia C. Barrett (*pro hac vice*)
KING & SPALDING LLP
500 West 2nd Street, Suite 1800
Austin, Texas 78701
Telephone: (512) 457-2000
jbarrett@kslaw.com

*Counsel for Defendant Tractable Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 21, 2022, I caused the foregoing to be filed using the Court's electronic filing system which provides service to all counsel of record.

                    */s/ Lazar P. Raynal*
                    Lazar P. Raynal