IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CCC INTELLIGENT SOLUTIONS INC., ) | |
| ) | |
|       Plaintiff, ) | Case No. 1:18-cv-07246 |
|   v. ) | |
| ) | Hon. Robert W. Gettleman |
| TRACTABLE INC., ) | Hon. Susan E. Cox |
| ) | |
|       Defendant. ) | |

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Plaintiff CCC Intelligent Solutions Inc. and Defendant Tractable Inc. (collectively, the "Parties"), by and through their undersigned counsel, hereby jointly request that the Court enter the Protective Order attached hereto as Exhibit A. In support of this Motion, the Parties state as follows:

1. The Parties are currently engaged in discovery that involves the production of documents and answers to written discovery requests that may require the disclosure of confidential information, highly confidential information, and source code. It is also anticipated that the parties will participate in additional discovery in the future, including oral depositions of both party and non-party witnesses, that may require the disclosure of confidential information, highly confidential information, and source code. The Parties wish to limit access to such documents and information.

2. Accordingly, the Parties believe that the entry of a protective order is necessary to sufficiently protect confidential information, highly confidential information, and source code, while facilitating open discovery.

3. Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and in accordance

1

with the Court's procedures pertaining to protective orders, the Parties have negotiated and reached a consensus as to all terms of the Protective Order attached hereto as Exhibit A and request the Court's entry of that order. *See Bond v. Utreras*, 585 F.3d 1061, 1067 (7th Cir. 2009) ("Protective orders are often entered by stipulation when discovery commences.").

4. The Parties hereby respectfully request that the Court enter the Protective Order attached hereto as Exhibit A.

5. In accordance with the Court's procedures pertaining to protective orders, the Parties have also prepared a redline showing the changes that were made to the Model Protective Order, which is attached hereto as Exhibit B.

WHEREFORE, for the foregoing reasons, the Parties respectfully request that this Court enter the attached order and grant such other relief as it may deem appropriate.

Dated: October 28, 2022                    Respectfully submitted,

*/s/ Matthew W. Walch*                     */s/ Lazar P. Raynal (w/ consent)*
Mark S. Mester (Bar No. 6196140)           Lazar P. Raynal (Bar No. 6199215)
Matthew W. Walch (Bar No. 6226308)         Michael A. Lombardo (Bar No. 6334886)
Kathryn A. Running (Bar No. 6330369)       KING & SPALDING LLP
LATHAM & WATKINS LLP                       110 N. Wacker Drive, Suite 3800
330 North Wabash Avenue, Suite 2800        Chicago, IL 60606
Chicago, IL 60611                          Telephone: (312) 995-6333
T: +1.312.876.7700; F: +1.312.993.9767     Facsimile: (312) 995-6330
mark.mester@lw.com                         lraynal@kslaw.com
matthew.walch@lw.com                       mlombardo@kslaw.com
kathryn.running@lw.com

                                           Julia C. Barrett (*pro hac vice*)
Adam M. Greenfield (Bar No. 6292915)       KING & SPALDING LLP
Jason Burt (*pro hac vice*)                500 West 2nd Street, Suite 1800
LATHAM & WATKINS LLP                       Austin, Texas 78701
555 Eleventh Street, NW, Suite 1000        Telephone: (512) 457-2000
Washington, DC 20004-1304
T: +1.202.637-2200; F: +1.202.637.2201     *Counsel for Defendant Tractable, Inc.*

2

adam.greenfield@lw.com
jason.burt@lw.com

Stephen D. O'Donohue (*pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10220
T: +1.212.906.1200; F: +1.212.751.4864
stephen.odonohue@lw.com

*Counsel for Plaintiff CCC Intelligent Solutions Inc.*

**CERTIFICATE OF SERVICE**

  I, Matthew W. Walch, hereby certify that on October 28, 2022, I caused the foregoing to be filed using the Court's electronic filing system which provides service to all counsel of record.

           /s/ *Matthew W. Walch*
           Matthew W. Walch