UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CCC INFORMATION SERVICES INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:18-cv-7246 |
| | ) | |
| v. | ) | Hon. Robert W. Gettleman |
| | ) | |
| TRACTABLE INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 83.17, attorneys Robert Raskopf, Adam Wolfson, and John Robinson of Quinn, Emanuel, Urquhart, & Sullivan LLP ("Quinn Emanuel") respectfully request leave to withdraw as counsel of record for Defendant Tractable Inc. ("Tractable"). In support of this unopposed motion, counsel states as follows:

1. Quinn Emanuel and its attorneys, including Robert Raskopf, Adam Wolfson, and John Robinson, were engaged to serve as counsel for Tractable for the purpose of representing Tractable in the above-captioned matter.

2. Quinn Emanuel's representation of Tractable has concluded and Tractable is now represented by attorneys from the law firm King & Spalding LLP.

3. Undersigned counsel emailed counsel for Plaintiff CCC Information Services Inc. ("CCC") requesting whether CCC opposes Quinn Emanuel's motion to withdraw. Counsel confirmed that CCC does not oppose the motion.

WHEREFORE, Robert Raskopf, Adam Wolfson, and John Robinson respectfully request leave to withdraw as counsel for Tractable.

1

Dated: November 9, 2022

Respectfully Submitted,

/s/ John M. Robinson
John M. Robinson (Bar No. 6317362)
johnrobinson@quinnemanuel.com
QUINN EMANUEL URQUHART
& SULLIVAN LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
T: (312) 705-7400
F: (312) 705-7401

Robert L. Raskopf (*pro hac vice*)
robertraskopf@quinnemanuel.com
QUINN EMANUEL URQUHART
& SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
T: (212) 849-7000
F: (212) 849-7100

Adam B. Wolfson (*pro hac vice*)
adamwolfson@quinnemanuel.com
QUINN EMANUEL URQUHART
& SULLIVAN LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
T: (213) 443-3000
F: (213) 443-4100

## **CERTIFICATE OF SERVICE**

I, John Robinson, certify that on November 9, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which prompted notification of such filing to all counsel of record.

/s/ John M. Robinson
John M. Robinson