# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

CCC Intelligent Solutions Inc

                         Plaintiff,

v.                                                        Case No.: 1:18−cv−07246

                                                           Honorable Robert W. Gettleman

Tractable Inc.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 17, 2022:

      MINUTE entry before the Honorable Susan E. Cox: Joint Motion for Entry of Proposed Order Regarding Disclosure of Electronically Stored Information [114] is granted. Enter Order Regarding Disclosure of Electronically Stored Information (ESI).(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.