**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **CCC INTELLIGENT SOLUTIONS INC.,** ) | |
| ) | |
| Plaintiff, ) | Case No. 1:18-cv-07246 |
| v. ) | |
| ) | Hon. Robert W. Gettleman |
| **TRACTABLE INC.,** ) | Hon. Susan E. Cox |
| ) | |
| Defendant. ) | |

**INDEX OF EXHIBITS FOR CCC INTELLIGENT SOLUTIONS INC.'S UNOPPOSED
MOTION FOR ISSUANCE OF LETTERS OF REQUEST**

| Exhibit No. | Title | Description |
|---|---|---|
| Exhibit A | CCC Intelligent Solutions Inc.'s Request for International Judicial Assistance Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters | Letters of Request for Mr. Surekli and Mr. Mullan |
| Schedule A | Schedule A – Efe Surekli | Instructions for and Topics of the Proposed Deposition of Mr. Surekli |
| Schedule B | Schedule B – Phil Mullan | Instructions for and Topics of the Proposed Deposition of Mr. Mullan |