### UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

CCC Intelligent Solutions Inc
          Plaintiff,

v.                   Case No.: 1:18−cv−07246
                  Honorable Robert W. Gettleman

Tractable Inc.
          Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 10, 2023:

  MINUTE entry before the Honorable Susan E. Cox: Plaintiff's Unopposed Motion for Issuance of Letters of Request [126] is granted. The status report date of 4/14/23 remains set. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.