# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **CCC INTELLIGENT SOLUTIONS INC.,** ) | |
| ) | |
| **Plaintiff,** ) | Case No. 1:18-cv-07246 |
| **v.** ) | |
| ) | Hon. Robert W. Gettleman |
| **TRACTABLE INC.,** ) | Hon. Susan E. Cox |
| ) | |
| **Defendant.** ) | |

## ORDER FOR THE ISSUANCE OF LETTERS OF REQUEST DIRECTED <u>TO EFE SUREKLI AND PHIL MULLAN</u>

IT IS HEREBY ORDERED this 10th day of April 2023 that:

1. Plaintiff CCC Intelligent Solutions Inc.'s Motion for Letters of Request Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters, requesting the taking of testimony by oral examination of Efe Surekli and Phi Mullan, is GRANTED.

2. Plaintiff is authorized to forward the original signed and sealed Request for International Judicial Assistance Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters ("Letters of Request") for the purpose of obtaining testimony which may be used as evidence in the above-captioned case from Efe Surekli and Phil Mullan, both of whom are individuals residing in the United Kingdom.

3. The clerk for the Northern District of Illinois shall return the signed and sealed original Letters of Request to counsel of record for Plaintiff so that the Letters of Request may be issued to the Central Authority of England & Wales, i.e., The Senior Master of the King's Bench Division of the High Court of England and Wales, Royal Courts of Justice, Strand, London WC2A 2LL, UK.

_____
The Honorable Susan E. Cox
U.S. Magistrate Judge