## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
### Eastern Division

CCC Intelligent Solutions Inc

                Plaintiff,

v.                                        Case No.: 1:18−cv−07246
                                        Honorable Robert W. Gettleman

Tractable Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 17, 2023:

      MINUTE entry before the Honorable Susan E. Cox: The Court has reviewed the parties' joint status report, which is construes as an agreed motion to extend the fact discovery deadline. The Court grants that request, strikes the 6/14/23 fact discovery deadline, and re−sets the deadline to 9/14/23. To the extent the parties seek for the Court to set a deadline for written discovery or "substantial completion" of document production, the Court declines to do so. It is not the Court#039;s practice to subdivide fact discovery or to set additional dates until it becomes clear the fact discovery deadline will be met. Instead, the Court trusts that counsel will work efficiently to meet all agreed deadlines, particularly in cases like this where the parties are represented by law firms that collectively employ thousands of attorneys. The parties are ordered to file an updated joint status report on 7/18/23. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.