# EXHIBIT 1

# FILED UNDER SEAL

# EXHIBIT 2
# FILED UNDER SEAL

# EXHIBIT 3
# FILED UNDER SEAL

# EXHIBIT 4

# Personal messages Carles Reina and Phil Mullan - 2018-07-26 (UTC)

Private 7/26/2018, 9:10 AM
Phil Mullan

- ## Phil Mullan (U80ENF151)PM

  i sent you a forwarding request for jaappraisalco@gmail.com so you get all Xing's dodgy emails ☐
  can you click on the verification link?
  7/26/2018, 9:10 AM
  they'll forward to me too but i want to make sure they don't get missed
  7/26/2018, 9:10 AM

TRACTABLE00115750

# EXHIBIT 5

# FILED UNDER SEAL

# EXHIBIT 6

| | |
|---|---|
| **From:** | Phil Mullan <phil@tractable.ai> |
| **Sent:** | Friday, August 17, 2018 1:50 PM |
| **To:** | Laura Johnston <laura@tractable.ai> |
| **Cc:** | Carles Reina <carles@tractable.ai>; Alex Dalyac <alex@tractable.ai> |
| **Subject:** | Fwd: Reminder: Mitchell Account Information Enclosed |
| **Attach:** | 1016198 J.A Appraisal.pdf |

Apparently we have a Mitchell license under JAAppraisal too.

I'm assuming we should be paying this to avoid issues but at some point probably best to cancel it and do it properly.

Regards

Phil Mullan | VP of Engineering
**tractable**

blog | @tractable_ai | linkedin

---------- Forwarded message ----------
From: <system@netsuite.com>
Date: 15 August 2018 at 08:31
Subject: Reminder: Mitchell Account Information Enclosed
To: jaappraisalco@gmail.com

# Mitchell WorkCenter

**Account: 1016198 J.A Appraisal**

Dear Valued Customer,

We know how busy you are, so this should just take a quick moment. We've noticed that we have not received your payment and unpaid outstanding balances are subject to late fees. Please see the attached statement of your account for specific details.

Now you have 24/7 access to your Mitchell account through the new Mitchell Payment Portal. It makes it easy to check your account balance, view and pay invoices, review your account history, and sign up for time-saving automatic payments.

TRACTABLE00001360

You can also "go green" with paperless invoicing. No mail to open, no checks to write, no stamps to buy. It's free, secure, and convenient. Click here to register today!

If you prefer to mail in your payment, please be sure to include your Mitchell account number and invoice number(s) on your check. Mail your payment to:

Mitchell International, Inc.
PO BOX 846946
Los Angeles, CA 90084-6946

If you've already sent in this payment, please disregard this notice. We thank you for choosing Mitchell for your business.

Best regards,

**Mitchell**

® 2012 Mitchell International, Inc. All rights reserved.

For customer service and support, click here.

TRACTABLE00001361

# EXHIBIT 7

# FILED UNDER SEAL

# EXHIBIT 8

# FILED UNDER SEAL

# EXHIBIT 9
# FILED UNDER SEAL

# EXHIBIT 10
# FILED UNDER SEAL

# EXHIBIT 11
# FILED UNDER SEAL

# EXHIBIT 12
# FILED UNDER SEAL

# EXHIBIT 13
# FILED UNDER SEAL

# EXHIBIT 14

# FILED UNDER SEAL

# EXHIBIT 15
# FILED UNDER SEAL

# EXHIBIT 16
# FILED UNDER SEAL

# EXHIBIT 17

# FILED UNDER SEAL

# EXHIBIT 18

# FILED UNDER SEAL

# EXHIBIT 19

Message

---

**From**:      Ron Nelson [rnelson@cccis.com]
**Sent**:      10/26/2018 7:45:03 PM
**To**:        Jason Verlen [jverlen@cccis.com]; Ron Nelson [rnelson@cccis.com]
**Subject**:   Conversation with Jason Verlen

**Ron Nelson 12:21 PM:**
  hey

**Jason Verlen 12:21 PM:**
  hi ron

**Ron Nelson 12:21 PM:**
  i found tractable using our system

**Jason Verlen 12:21 PM:**
  ?

**Ron Nelson 12:21 PM:**
  we need a meeting with legal ASAP

**Ron Nelson 12:21 PM:**
  They purchased a license as a IA

**Ron Nelson 12:21 PM:**
  under the name JA Appraisal

**Jason Verlen 12:21 PM:**
  ok so that's fraud

**Ron Nelson 12:22 PM:**
  i think we also have provisions in our agreement that protect against other things

**Ron Nelson 12:23 PM:**
  account created on 8-24-2017

**Jason Verlen 12:33 PM:**
  we will try and shut now

**Jason Verlen 12:33 PM:**
  thanks

**Ron Nelson 12:33 PM:**
  hold tight

**Ron Nelson 12:34 PM:**
  let's talk

**Jason Verlen 12:38 PM:**
  bliss is walking over to talk to kevin now

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 20

Message

---

| | |
|---|---|
| **From**: | Rick Ripoli [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=EC6C9BA52539444C8B81D2BCA0D759AC-RICHARD RIP] |
| **Sent**: | 10/28/2018 8:22:50 PM |
| **To**: | Georgiana Jones [gjones@cccis.com] |
| **Subject**: | RE: Request for data |

Hi … just saw you sent this.  Looks like Ron did reach out to you (Kind of thought he might have).  Let me know if there is anything you need to help get us ready for tomorrow.

Rick

---

**From:** Georgiana Jones
**Sent:** Sunday, October 28, 2018 3:04 PM
**To:** Rick Ripoli <rripoli@cccis.com>
**Subject:** Fwd: Request for data

Just an FYI, Ron quested this info earlier.

I'm working on getting the one call recording from 2017.

Wanted you to be aware, just in case.

**Georgiana Jones**
Senior Manager
Technical Support Product Delivery &
Technical Support Quality Assurance

CCC Information Services Inc.
12610 Park Plaza Drive, Suite 200
Cerritos, CA  90703
562.565.6843
GJones@cccis.com | www.cccis.com

Begin forwarded message:

**From:** Georgiana Jones <gjones@cccis.com>
**Date:** October 28, 2018 at 9:35:24 AM PDT
**To:** Ron Nelson <rnelson@cccis.com>
**Subject: FW: Request for data**

**Georgiana Jones**
Senior Manager
Technical Support Product Delivery &

CCCIS_0005178

Technical Support Quality Assurance

CCC Information Services Inc.
12610 Park Plaza Drive, Suite 200
Cerritos, CA 90703
562.565.6843
GJones@cccis.com | www.cccis.com



6832342 7/30 Chat Transcript Bianca Daniels:

| Monday, July 30, 2018 | | | |
|---|---|---|---|
| | (10:43:13 AM) | (Agent) said: | Thank You for Contacting CCC Information Services. For quality and training purposes, this chat may be monitored and recorded. |
| | (10:43:15 AM) | (System) said: | Before we get started, can we please have your First & Last name? |
| | (10:43:35 AM) | (System) said: | Sorry, we did not get that. |
| | (10:43:36 AM) | (System) said: | Before we get started, can we please have your First & Last name? |
| | (10:43:37 AM) | (Client) said: | Max Ali |
| | (10:43:37 AM) | (System) said: | Please tell us your software serial number, if you have one. |
| | (10:43:57 AM) | (System) said: | Sorry, we did not get that. |
| | (10:43:58 AM) | (System) said: | We did not receive your information. Please hold for a representative. |
| | (10:44:01 AM) | (System) said: | We apologize for the delay. All representatives are currently assisting customers.There are currently 0 chats ahead of you. Please continue to wait and your chat will be handled in the order in which it was received. |
| | (10:44:13 AM) | (Agent) Bianca said: | Good morning,my name is Bianca. May I have your Name, email address and your CCC One license number please? |
| | (10:45:46 AM) | (Client) Max Ali said: | hi Bianca |
| | (10:45:59 AM) | (Client) Max Ali said: | it s Max from Ja App |
| | (10:47:25 AM) | (Client) Max Ali said: | email is jaappraisalco@gmail.com |
| 115.98 | (10:47:42 AM) | (Agent) Bianca said: | Thank you, how can I help you today? |
| | (10:48:34 AM) | (Client) Max Ali said: | i am new to the company and would like to find out about if there is a on line document on using CCC |
| | (10:48:56 AM) | (Client) Max Ali said: | i need to see if i can send a claim back to a insurer in a unlocked stated |
| | (10:49:30 AM) | (Client) Max Ali said: | account number: 1097248 |
| 61.35 | (10:49:35 AM) | (Agent) Bianca said: | There are training modules in the program, if that is what you were looking for. Also, the only way to send the estimate via CCC One is when it is locked. |

| | | | |
|---|---|---|---|
| | (10:49:59 AM) | **(Agent) Bianca said:** | You can email it if you want to send it that way but it was to be locked to send from CCC One |
| | (10:50:33 AM) | **(Client) Max Ali said:** | ok thanks for clearing that question up. |
| | (10:51:12 AM) | **(Client) Max Ali said:** | i will look at the training modules in the programme thank you |
| 54.66 | (10:51:27 AM) | **(Agent) Bianca said:** | You're welcome! They are in Help>Training |
| | (10:51:46 AM) | **(Client) Max Ali said:** | thanks |
| | (10:51:50 AM) | **(System) said:** | Chat session ended |
| | (10:51:50 AM) | **(System) said:** | Chat session ended |

6896928 9/20 Chat Transcript Hannah Binish:

| | | | |
|---|---|---|---|
| 1:22:28 PM | **(Agent) said:** | | Thank You for Contacting CCC Information Services. For quality and training purposes, this chat may be monitored and recorded. |
| | (1:22:30 PM) | **(System) said:** | Before we get started, can we please have your First & Last name? |
| | (1:22:35 PM) | **(Client) said:** | Evan Contin |
| | (1:22:35 PM) | **(System) said:** | Please tell us your software serial number, if you have one. |
| | (1:22:48 PM) | **(Client) Evan Contin said:** | 406980 |
| | (1:22:52 PM) | **(System) said:** | We apologize for the delay. All representatives are currently assisting customers.There are currently 0 chats ahead of you. Please continue to wait and your chat will be handled in the order in which it was received. |
| | (1:23:06 PM) | **(Agent) Hannah said:** | Hello, this is Hannah with CCC Technical Support. How can I assist you today? |
| | (1:25:08 PM) | **(Client) Evan Contin said:** | Hi Hannah, this is Evan. So I was asking about how to import EMS Assignment files in CCC ONE as an IA. What steps should I follow? |
| 76.15 | (1:26:24 PM) | **(Agent) Hannah said:** | So you would have to setup an import directory under Configure-Machines settings then File Import |
| | (1:28:41 PM) | **(Client) Evan Contin said:** | OK got it, so which option should I select: EMS/CIECA files or AF Assignment files? |
| 12.10 | (1:28:53 PM) | **(Agent) Hannah said:** | EMS/Cieca Files |
| | (1:29:34 PM) | **(Agent) Hannah said:** | Then you will need to know the export path of where the assignments are being export |

CCCIS_0005180

| | | | |
|---|---|---|---|
| | | | too from the program that is exporting them. that will be the Import path in CCC |
| | (1:31:38 PM) | (Client) Evan Contin said: | Alright makes sense. I have an assigned estimate to me. How do I export this as EMS Assignment from CCC? Then I will try re-importing it back. |
| 34.43 | (1:32:12 PM) | (Agent) Hannah said: | You cannot export files from CCC and reimport them. It only works EMS assignments from other programs into CCC. |
| | (1:33:06 PM) | (Agent) Hannah said: | So if you had an Assignment in another program you would export into CCC. You cannot export from CCC, then import into CCC. |
| | (1:34:10 PM) | (Agent) Hannah said: | To export an Estimate in CCC, you would setup an EMS export directory Under File Export in the Machine Settings, then in the workfile after the estimate is written on the Workfile Tab there is an EMS export button. |
| | (1:38:38 PM) | (Client) Evan Contin said: | OK. I am not sure when I receive an EMS Assignment I'll have all information needed. Do they contain all the information an EMS estimate will contain? |
| 43.55 | (1:39:21 PM) | (Agent) Hannah said: | It depends on what information they include on the assignment. |
| | (1:39:48 PM) | (Agent) Hannah said: | Any information can be manually added in CCC to the workfile once it is started. |
| | (1:50:34 PM) | (Client) Evan Contin said: | Do you know if the assignment can include preliminary estimate data - like operations and parts? |
| | (1:50:49 PM) | (Client) Evan Contin said: | *if the EMS assignment |
| 40.17 | (1:51:14 PM) | (Agent) Hannah said: | No the assignments are just the basic vehicle owner information, insurance information and the vehicle. |
| | (1:51:36 PM) | (Agent) Hannah said: | The IA build cannot import EMS estimates. |
| | (1:57:31 PM) | (Client) Evan Contin said: | I see, that's very helpful. Thanks a lot for your help! Bye! |
| 7.00 | (1:57:38 PM) | (Agent) Hannah said: | You're welcome |
| | (1:58:05 PM) | (System) said: | Chat session ended |
| | (1:58:05 PM) | (System) said: | Chat session ended |

6892009 9/17 Chat Transcript Bianca Daniels

Monday, September 17, 2018

CCCIS_0005181

| | | | |
|---|---|---|---|
| | (1:00:06 PM) | **(System) said:** | Before we get started, can we please have your First & Last name? |
| | (1:00:26 PM) | **(System) said:** | Sorry, we did not get that. |
| | (1:00:27 PM) | **(System) said:** | Before we get started, can we please have your First & Last name? |
| | (1:00:28 PM) | (Client) said: | Dean Kamen |
| | (1:00:28 PM) | **(System) said:** | Please tell us your software serial number, if you have one. |
| | (1:00:48 PM) | **(System) said:** | Sorry, we did not get that. |
| | (1:00:49 PM) | **(System) said:** | We did not receive your information. Please hold for a representative. |
| | (1:00:52 PM) | **(System) said:** | We apologize for the delay. All representatives are currently assisting customers.There are currently 0 chats ahead of you. Please continue to wait and your chat will be handled in the order in which it was received. |
| | (1:01:22 PM) | **(System) said:** | We appreciate your patience. All representatives are still assisting customers. There are currently 0 chats ahead of you. Please continue to hold and your chat will be answered in the order in which it was received. |
| | (1:01:34 PM) | (Agent) Bianca said: | Good afternoon,my name is Bianca. May I have your Name, email address and your CCC One license number please? |
| | (1:02:41 PM) | (Client) Dean Kamen said: | Hi Bianca, this is Evan from JA Appraisers. My license number is 406980. |
| 36.20 | (1:03:17 PM) | (Agent) Bianca said: | Thank you, how can I help you today? |
| | (1:06:02 PM) | (Client) Dean Kamen said: | I had a question: I wanted to import EMS estimates to CCC. I followed the steps in the documentation (Selected import location in Machine Setttings and ticked the box allowing EMS import in Machine Settings). However I can not get CCC to import the EMS files I put in the destination to import automatically. |
| | (1:06:37 PM) | (Client) Dean Kamen said: | Are there any other steps that I should follow to enable automatic EMS Estimate import? |
| 110.00 | (1:07:52 PM) | (Agent) Bianca said: | You would need the Repair Workflow Package to use that feature. Let me verify that is the same with IA |
| | (1:10:13 PM) | (Client) Dean Kamen said: | OK |
| 6.18 | (1:10:19 PM) | (Agent) Bianca said: | That is correct, Estimating only users cant import EMS Estimates. You can import an EMS assignment. |
| | (1:13:11 PM) | (Client) Dean Kamen said: | So we have a full IA package, is that correct? |
| | (1:13:37 PM) | (Client) Dean Kamen said: | Also I am an admin user if it helps. |
| 110.04 | (1:15:01 PM) | (Agent) Bianca said: | Yes, I can check the package |
| | (1:18:29 PM) | (Agent) Bianca said: | Are you trying to import an assignment or estimate? |
| | (1:22:18 PM) | (Client) Dean Kamen said: | I want to do both |
| 193.56 | (1:25:31 PM) | (Agent) Bianca said: | You can import EMS ASSIGNMENTS, but the IA build doesn't support EMS ESTIMATES. |
| | (1:27:52 PM) | (Client) Dean Kamen said: | OK got it so EMS Estimate import will work only for Repairer and Insurer licenses? |
| 15.00 | (1:28:07 PM) | (Agent) Bianca said: | Just repair facility |

CCCIS_0005182

| | | | |
|---|---|---|---|
| | (1:30:01 PM) | (Client) Dean Kamen said: | Alright understood, so what type of files can an insurer import other than .awf and EMS Assignment import? Can they use BMS? |
| 43.65 | (1:30:44 PM) | (Agent) Bianca said: | EMS and AWF are the only types |
| | (1:32:23 PM) | (Client) Dean Kamen said: | OK, how do I create an EMS assignment with my licence? |
| 43.33 | (1:33:06 PM) | (Agent) Bianca said: | Assignments are created by the insurance company in the portal. |
| | (1:38:07 PM) | (Client) Dean Kamen said: | OK makes sense, so basically I can not send an EMS file to an insurer and they can import this file into CCC? |
| 52.33 | (1:38:59 PM) | (Agent) Bianca said: | Correct |
| | (1:41:06 PM) | (Client) Dean Kamen said: | oh unless EMS file is an EMS assignment file generated by the insurance company. |
| | (1:41:11 PM) | (Client) Dean Kamen said: | ? |
| 28.80 | (1:41:35 PM) | (Agent) Bianca said: | Yes, thats correct |
| | (1:44:38 PM) | (Client) Dean Kamen said: | Can a CCC using insurance company assign to an IA that uses Mitchell only? |
| | (1:44:57 PM) | (Client) Dean Kamen said: | *assign an estimate to an IA |
| 60.82 | (1:45:39 PM) | (Agent) Bianca said: | Yes, they will upload/download via the portal. |
| | (1:48:59 PM) | (Client) Dean Kamen said: | And then is it possible to assign the estimate back to the CCC-using insurer? (Also would it be locked or unlocked?) |
| 114.56 | (1:50:54 PM) | (Agent) Bianca said: | The IA wouldnt be able to assign it to the insurance company that uses CCC. But insurance companies cant import estimates written in a 3rd party estimating program |
| | (2:06:53 PM) | (System) said: | Chat session ended |
| | (2:06:53 PM) | (System) said: | Chat session ended |

---

**From:** Georgiana Jones
**Sent:** Sunday, October 28, 2018 11:00 AM
**To:** Patrick McAlpine <pmcalpine@cccis.com>
**Subject:** FW: Request for data

**Georgiana Jones**
Senior Manager
Technical Support Product Delivery &
Technical Support Quality Assurance

CCC Information Services Inc.
12610 Park Plaza Drive, Suite 200
Cerritos, CA  90703
562.565.6843
GJones@cccis.com | www.cccis.com



CCCIS_0005183

**From:** Georgiana Jones
**Sent:** Sunday, October 28, 2018 8:37 AM
**To:** Ron Nelson <rnelson@cccis.com>
**Subject:** RE: Request for data

There's only one other case that is not listed in this report and it's a collections case.

Let me know if you want that case info as well.

**Georgiana Jones**
Senior Manager
Technical Support Product Delivery &
Technical Support Quality Assurance

CCC Information Services Inc.
12610 Park Plaza Drive, Suite 200
Cerritos, CA  90703
562.565.6843
GJones@cccis.com | www.cccis.com



**From:** Ron Nelson
**Sent:** Sunday, October 28, 2018 7:33 AM
**To:** Georgiana Jones <gjones@cccis.com>
**Subject:** Request for data

Georgie –

Need your help.  Could we have TSPD pull full call history for this license – going back for all of time: 406980  They've only been a customer for less than 18 months so shouldn't be too much.  If anybody is working today, my request is that we get this data today.

I can't provide more context at this time, but suffice to say this is important for the company.

CCCIS_0005184

# EXHIBIT 21

Appointment

| | |
|---|---|
| **From:** | lloyd@tractable.ai [lloyd@tractable.ai] |
| **Sent:** | 10/3/2017 1:14:20 PM |
| **To:** | alex@tractable.ai; Marc Fredman [mfredman@cccis.com] |

| | |
|---|---|
| **Subject:** | Updated invitation: CCC / Tractable introduction @ Fri Oct 20, 2017 12:00 - 12:30 (PDT) (mfredman@cccis.com) |
| **Attachments:** | invite.ics |
| **Location:** | dial in info in description |

| | |
|---|---|
| **Start:** | 10/20/2017 7:00:00 PM |
| **End:** | 10/20/2017 7:30:00 PM |
| **Show Time As:** | Tentative |

| | |
|---|---|
| **Recurrence:** | (none) |

---

**This event has been changed.**

**more details »**
## CCC / Tractable introduction

| When | **Changed: Fri Oct 20, 2017 12:00 – 12:30** Pacific Time |
|---|---|
| Where | dial in info in description (map) |
| Calendar | mfredman@cccis.com |
| Who | • lloyd@tractable.ai - organizer |
| | • alex@tractable.ai |
| | • mfredman@cccis.com |

Join the call: https://www.uberconference.com/tractable
*--> just enter name and click 'Join'!*

Optional dial in number: 877-488-5389

Going? **Yes** - **Maybe** - **No** more options »

Invitation from Google Calendar

You are receiving this courtesy email at the account mfredman@cccis.com because you are an attendee of this event.

To stop receiving future updates for this event, decline this event. Alternatively you can sign up for a Google account at https://www.google.com/calendar/ and control your notification settings for your entire calendar.

Forwarding this invitation could allow any recipient to modify your RSVP response. Learn More.

*Please note new email address*

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 22

Appointment

---

**From:**        lloyd@tractable.ai [lloyd@tractable.ai]
**Sent:**         3/1/2018 1:42:59 PM
**To:**           Marc Fredman [mfredman@cccis.com]; Judy Lawrence [jlawrence@cccis.com]; alex@tractable.ai

**Subject:**      Updated invitation: Marc Fredman - Alex Dalyac @ Tue 6 Mar 2018 12:30 - 13:00 (CST) (mfredman@cccis.com)
**Attachments:**  invite.ics
**Location:**     Alex to call Marc on 312.229.2953 or 872.202.6272

**Start:**        3/6/2018 6:30:00 PM
**End:**          3/6/2018 7:00:00 PM
**Show Time As:** Tentative

**Recurrence:**   (none)

---

**This event has been changed.**

**more details »**
## Marc Fredman - Alex Dalyac

| | |
|---|---|
| When | **Changed: Tue 6 Mar 2018 12:30 – 13:00** Central Time |
| Where | Alex to call Marc on 312.229.2953 or 872.202.6272 (map) |
| Calendar | mfredman@cccis.com |
| Who | • lloyd@tractable.ai - organiser |
| | • mfredman@cccis.com |
| | • jlawrence@cccis.com |
| | • alex@tractable.ai |

Going? **Yes** - **Maybe** - **No** more options »

Invitation from Google Calendar

You are receiving this courtesy email at the account mfredman@cccis.com because you are an attendee of this event.

To stop receiving future updates for this event, decline this event. Alternatively, you can sign up for a Google account at https://www.google.com/calendar/ and control your notification settings for your entire calendar.

Forwarding this invitation could allow any recipient to modify your RSVP response. **Learn More**.

*Please note new email address*

---

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 23

Message

| | |
|---|---|
| **From:** | Alex Dalyac [alex@tractable.ai] |
| **Sent:** | 10/24/2017 12:57:02 AM |
| **To:** | Marc Fredman [mfredman@cccis.com] |
| **CC:** | Lloyd Jones [lloyd@tractable.ai] |
| **Subject:** | Re: CCC // Tractable Introduction |

Hi Marc, good talking to you last Friday. Agree would be nice to meet f2f. What cities do you usually travel to?
Alex

On Tue, Oct 3, 2017 at 6:03 AM, Lloyd Jones <lloyd@tractable.ai> wrote:
Marc,

That's perfect. I'll send a calendar invite to you both now

On Tue, Oct 3, 2017 at 1:57 PM, Marc Fredman <MFredman@cccis.com> wrote:
Thanks Lloyd, and Alex nice to meet you via email. I'm free from 2-3pm CST on 10/20 if that works.

Look forward to the call.

Best,
Marc

Sent from my iPhone

On Oct 3, 2017, at 4:31 AM, Lloyd Jones <lloyd@tractable.ai> wrote:

Hi Marc,

Alex will be back in the Bay Area from the 19th. Do you have any availability on the afternoon of the 20th?

On Tue, Oct 3, 2017 at 7:27 AM, Alex Dalyac <alex@tractable.ai> wrote:
Thanks for the intro Rikhil.
Marc, pleasure to be introduced. Happy to connect some time over the next couple weeks or so - let us know what works, Lloyd can help us find smth.
Alex

On Mon, Oct 2, 2017 at 11:15 Rikhil Patel <rpatel@tcv.com> wrote:
Alex—Thanks so much for taking the time to meet over lunch last week. Really enjoyed our conversation, and agree it would be well worthwhile to link you up with the CCC team to initiate the dialogue.

As such, I wanted to introduce Marc Fredman (cc'd), who spearheads CCC's Corporate Strategy & Development efforts. He is excited about the developments and great traction at Tractable and is keen to learn more.

I will leave it to the two of you to connect from here.

Cheers,

Rikhil

---

**Rikhil Patel**
*Technology Crossover Ventures*

500 Emerson Street | Palo Alto, CA, 94301
(O) 650.614.8226 | (M) 831.578.8031

rpatel@tcv.com | www.tcv.com

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by any unintended recipient is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

--
Co-founder & CEO
Tractable in the news: FT, Business Insider, The Economist

--
**Lloyd Jones**

Tractable Ltd
Executive Assistant to Alex Dalyac (CEO)

*Please note new email address*

--
**Lloyd Jones**

Tractable Ltd
Executive Assistant to Alex Dalyac (CEO)

--
Co-founder & CEO
Tractable in the news: FT, Business Insider, The Economist

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

*Please note new email address*

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

CCCIS_0005396

# EXHIBIT 24

Message

---

**From:** Xing Xin [xing@tractable.ai]
**Sent:** 11/2/2017 11:10:30 PM
**To:** Alex Dalyac [alex@tractable.ai]
**CC:** Marc Fredman [mfredman@cccis.com]; Lloyd Jones [lloyd@tractable.ai]
**Subject:** Re: CCC // Tractable Introduction

Marc,

Great meeting and chatting with you yesterday. As discussed, there could be some interesting ways to work together! You mentioned tackling EU sooner rather than later - would love to put a short exploratory call in the books in the next few weeks.  Recognize it may still be a while before we put the pedal to the metal on anything.

Alex and I have some flexibility the week of the 13th (beginning or end of week would be best).

Looking forward to continuing the conversation!

Best,

Xing Xin | Tractable
m: (973) 687-3997
w: www.tractable.ai

On Mon, Oct 30, 2017 at 9:41 AM, Alex Dalyac <alex@tractable.ai> wrote:
Hi Marc, I won't be there but Xing, who works closely with me, will be.
Alex

On Sat, Oct 28, 2017 at 7:08 PM, Marc Fredman <MFredman@cccis.com> wrote:
Hi Alex,

Yes will be at SEMA on Wed. We can meet up sometime at our booth if you will be there.

Best,
Marc

Sent from my iPhone

On Oct 28, 2017, at 4:06 PM, Alex Dalyac <alex@tractable.ai> wrote:

Hi Marc, slipped my mind, did you say you'd be at SEMA next week?
Alex

On Mon, Oct 23, 2017 at 5:57 PM, Alex Dalyac <alex@tractable.ai> wrote:
Hi Marc, good talking to you last Friday. Agree would be nice to meet f2f. What cities do you usually travel to?
Alex

On Tue, Oct 3, 2017 at 6:03 AM, Lloyd Jones <lloyd@tractable.ai> wrote:

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

Marc,

That's perfect. I'll send a calendar invite to you both now

On Tue, Oct 3, 2017 at 1:57 PM, Marc Fredman <MFredman@cccis.com> wrote:
  Thanks Lloyd, and Alex nice to meet you via email. I'm free from 2-3pm CST on 10/20 if that works.

Look forward to the call.

Best,
Marc

Sent from my iPhone

On Oct 3, 2017, at 4:31 AM, Lloyd Jones <lloyd@tractable.ai> wrote:

Hi Marc,

Alex will be back in the Bay Area from the 19th. Do you have any availability on the afternoon of the 20th?

On Tue, Oct 3, 2017 at 7:27 AM, Alex Dalyac <alex@tractable.ai> wrote:
  Thanks for the intro Rikhil.
  Marc, pleasure to be introduced. Happy to connect some time over the next couple weeks or so - let us know what works, Lloyd can help us find smth.
  Alex

On Mon, Oct 2, 2017 at 11:15 Rikhil Patel <rpatel@tcv.com> wrote:
  Alex—Thanks so much for taking the time to meet over lunch last week. Really enjoyed our conversation, and agree it would be well worthwhile to link you up with the CCC team to initiate the dialogue.

  As such, I wanted to introduce Marc Fredman (cc'd), who spearheads CCC's Corporate Strategy & Development efforts. He is excited about the developments and great traction at Tractable and is keen to learn more.

  I will leave it to the two of you to connect from here.

  Cheers,

  Rikhil

  _____

  **Rikhil Patel**
  *Technology Crossover Ventures*
  500 Emerson Street | Palo Alto, CA, 94301
  (O) 650.614.8226 | (M) 831.578.8031

  rpatel@tcv.com | www.tcv.com

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by any unintended recipient is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

--
Co-founder & CEO
Tractable in the news: <u>FT</u>, <u>Business Insider</u>, <u>The Economist</u>

--
**Lloyd Jones**

Tractable Ltd
Executive Assistant to Alex Dalyac (CEO)

**\*Please note new email address\***

--
**Lloyd Jones**

Tractable Ltd
Executive Assistant to Alex Dalyac (CEO)

--
Co-founder & CEO
Tractable in the news: <u>FT</u>, <u>Business Insider</u>, <u>The Economist</u>

--
Co-founder & CEO
Tractable in the news: <u>FT</u>, <u>Business Insider</u>, <u>The Economist</u>

\*Please note new email address\*

CCCIS_0005418

--
Co-founder & CEO
Tractable in the news: <u>FT</u>, <u>Business Insider</u>, <u>The Economist</u>

*Please note new email address*

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

CCCIS_0005419

# EXHIBIT 25
# FILED UNDER SEAL

# EXHIBIT 26

# FILED UNDER SEAL

# EXHIBIT 27
# FILED UNDER SEAL

# EXHIBIT 28

# FILED UNDER SEAL

# EXHIBIT 29
# FILED UNDER SEAL

# EXHIBIT 30

# FILED UNDER SEAL

# EXHIBIT 31
# FILED UNDER SEAL

# EXHIBIT 32
# FILED UNDER SEAL

# EXHIBIT 33
# FILED UNDER SEAL