# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

CCC Intelligent Solutions Inc

                Plaintiff,

v.                                       Case No.: 1:18–cv–07246

                                           Honorable LaShonda A. Hunt

Tractable Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 3, 2023:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: The Joint Motion to Issue a Stay of Discovery, Extend Fact Discovery Deadline, and Continue Joint Status Report Deadline [Dkt. 157] is granted for the good cause demonstrated therein. Fact discovery is stayed in this matter until 11/3/2023. Fact discovery shall close on 1/31/2024. The parties are to file an updated joint status report on 2/1/2024 proposing expert discovery deadlines, if any. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.