# EXHIBIT C - Highly Confidential – Filed Under Seal