LEWIS & LLEWELLYN LLP
Evangeline A.Z. Burbidge (*pro hac vice pending*)
eburbidge@lewisllewellyn.com
Sable Bahleda (*pro hac vice pending*)
sbahleda@lewisllewellyn.com
601 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 800-0590

Attorneys for Plaintiff
CCC INTELLIGENT SOLUTIONS INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CCC INTELLIGENT SOLUTIONS INC., <br><br> Plaintiff, <br><br> v. <br><br> TRACTABLE INC., <br><br> Defendants. | Case No. 1:18-cv-07246 <br><br> **NOTICE OF APPEARANCE OF EVANGELINE A.Z. BURBIDGE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE of the appearance of attorney Evangeline A.Z. Burbidge of the law firm Lewis & Llewellyn LLP as counsel in this action for Plaintiff CCC Intelligent Solutions Inc.

Dated: August 2, 2024　　　　　　　　　　　LEWIS & LLEWELLYN LLP

　　　　　　　　　　　　　　　　　　　　　By: */s/ Evangeline A.Z. Burbidge*
　　　　　　　　　　　　　　　　　　　　　　　　Evangeline A.Z. Burbidge
　　　　　　　　　　　　　　　　　　　　　　　　Sable Bahleda
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　CCC INTELLIGENT SOLUTIONS INC.