IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CCC INTELLIGENT SOLUTIONS INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:18-cv-07246 |
| | ) | |
| v. | ) | |
| | ) | Hon. LaShonda A. Hunt |
| TRACTABLE INC., | ) | |
| | ) | |
| | ) | Hon. Keri L. Holleb Hotaling |
| Defendant. | ) | |

EXHIBITS TO
CCC INTELLIGENT SOLUTIONS INC.'S OPPOSED MOTION TO COMPEL
PRODUCTION OF DOCUMENTS, INSPECTION OF SOURCE CODE, AND
<u>SUPPLEMENTATION OF INTERROGATORY RESPONSES</u>

| No. | Description |
|---|---|
| 1. | TRACTABLE00026740 **(UNDER SEAL)** |
| 2. | TRACTABLE00114688 |
| 3. | TRACTABLE00115221 |
| 4. | TRACTABLE00115750 |
| 5. | TRACTABLE00115714 **(UNDER SEAL)** |
| 6. | TRACTABLE00001360 |
| 7. | TRACTABLE00004678 |
| 8. | E. Surekli Deposition Excerpt |
| 9. | P. Mullan Deposition Excerpt |
| 10. | TRACTABLE00000152 **(UNDER SEAL)** |
| 11. | Tractable Response to Third Set of Interrogatories **(UNDER SEAL)** |
| 12. | Apr. 10, 2023 Letter from J. Barrett **(UNDER SEAL)** |
| 13. | TRACTABLE00002334 **(UNDER SEAL)** |

| No. | Description |
|---|---|
| 14. | TRACTABLE00000470 **(UNDER SEAL)** |
| 15. | TRACTABLE00000018 **(UNDER SEAL)** |
| 16. | TRACTABLE00002037 **(UNDER SEAL)** |
| 17. | TRACTABLE00132602 **(UNDER SEAL)** |
| 18. | TRACTABLE00132385 **(UNDER SEAL)** |
| 19. | CCC's First Set of RFPs |
| 20. | CCC's Second Set of RFPs |
| 21. | CCC's Third Set of RFPs **(UNDER SEAL)** |
| 22. | CCC's Fourth Set of RFPs **(UNDER SEAL)** |
| 23. | CCC's First Set of Interrogatories. |
| 24. | CCC's Second Set of Interrogatories |
| 25. | CCC's Third Set of Interrogatories |
| 26. | Dec. 14, 2022 Email from S. O'Donohue |
| 27. | Tractable Responses to First Set of Interrogatories |
| 28. | Tractable Responses to Second Set of Interrogatories |
| 29. | Dec. 15, 2022 Email from J. Barrett |
| 30. | Sept. 28, 2023 Letter from A. Greenfield **(UNDER SEAL)** |
| 31. | Mar. 7, 2024 Letter from A. Greenfield |
| 32. | Mar. 14, 2024 Letter from J. Barrett |
| 33. | CCC's Fifth Set of RFPs **(UNDER SEAL)** |
| 34. | Aug. 15, 2024 Letter from M. Lombardo **(UNDER SEAL)** |
| 35. | TRACTABLE00462665 **(UNDER SEAL)** |
| 36. | TRACTABLE00463247 **(UNDER SEAL)** |