# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

CCC Intelligent Solutions Inc

                     Plaintiff,

v.                                        Case No.: 1:18−cv−07246
                                        Honorable LaShonda A. Hunt

Tractable Inc.

                     Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 21, 2024:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: Defendant's unopposed motion for leave to file under seal [Dkt. 220] is granted. Because Defendant already has filed sealed [Dkt. 221] and redacted [Dkt. 222] versions of its filing, no further action is required. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.