# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

CCC Intelligent Solutions Inc

                Plaintiff,

v.                                       Case No.: 1:18–cv–07246
                                              Honorable LaShonda A. Hunt

Tractable Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 14, 2024:

        MINUTE entry before the Honorable Keri L. Holleb Hotaling: Defendant Tractable's motion for leave to file under seal [Dkt. 240] is granted. As both the sealed and redacted versions have already been filed, no further action needs to be taken. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.