# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| CCC INTELLIGENT SOLUTIONS INC., | ) |
| Plaintiff, | ) Case No. 1:18-cv-07246 |
| v. | ) |
| | ) Hon. LaShonda A. Hunt |
| TRACTABLE INC., | ) Hon. Keri L. Holleb Hotaling |
| Defendant. | ) |

## JOINT STATUS REPORT

Pursuant to this Court's October 7, 2024 Order (Dkt. 219), Plaintiff CCC Intelligent Solutions Inc. ("CCC") and Defendant Tractable Inc. ("Tractable") (collectively, the "Parties"), respectfully submit this Joint Status Report.

Since the Parties filed their last Joint Status Report on October 7, 2024 (Dkt. 218), the Parties have continued to engage in party and third-party discovery. While the Parties have been able to resolve many of their discovery disputes, they reached an impasse on two issues. On October 3, 2024, CCC filed a motion to compel regarding the scope in time for Tractable's response to certain of CCC's discovery requests related to its fraud, trade secret misappropriation, and Lanham Act claims; Tractable opposed the motion. *See* Dkts. 215, 221, 229. On October 23, 2024, Tractable filed a motion to compel related to CCC's production of CCC's "Estimatics" contracts with its customers in response to Tractable's Request for Production No. 71; CCC opposed the motion. *See* Dkts. 225, 233, 241. Both motions to compel are fully briefed. There are no other discovery issues that require Court involvement at this time.

The Parties are available at the Court's convenience to provide any further information regarding the progress of discovery that would be of assistance to the Court.

1

Dated: November 25, 2024

Respectfully submitted,

*/s/ Matthew W. Walch*
Matthew W. Walch (Bar No. 6226308)
Kathryn A. Running (Bar No. 6330369)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
T: +1.312.876.7700; F: +1.312.993.9767
matthew.walch@lw.com
kathryn.running@lw.com

Marguerite M. Sullivan (Bar No. 6273129)
David L. Johnson (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
T: +1.202.637.2200; F: +1.202.637.2201
marguerite.sullivan@lw.com
david.johnson@lw.com

Elyse M. Greenwald (*pro hac vice*)
LATHAM & WATKINS LLP
10250 Constellation Blvd. Suite 1100
Los Angeles, CA 90067
T: +1.424.653.5500; F: +1.424.653.5501
elyse.greenwald@lw.com

Melanie J. Grindle (*pro hac vice*)
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
T: +1.858.523.5400; F: +1.858.523.5450
melanie.grindle@lw.com

Ryan R. Owen (*pro hac vice*)
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
T: +1.714.540.1235; F: +1.714.755.8290
ryan.owen@lw.com

*Counsel for Plaintiff CCC Intelligent Solutions Inc.*

*/s/ Lazar P. Raynal (with consent)*
Lazar P. Raynal (Bar No. 6199215)
Michael A. Lombardo (Bar No. 6334886)
KING & SPALDING LLP
110 N. Wacker Drive, Suite 3800
Chicago, IL 60606
Telephone: (312) 995-6333
Facsimile: (312) 995-6330
lraynal@kslaw.com
mlombardo@kslaw.com

Julia C. Barrett (*pro hac vice*)
KING & SPALDING LLP
500 West 2nd Street, Suite 1800
Austin, Texas 78701
Telephone: (512) 457-2000
jbates@kslaw.com

*Counsel for Defendant Tractable, Inc.*

**CERTIFICATE OF SERVICE**

      I, Matthew W. Walch, hereby certify that on November 25, 2024, I caused the foregoing to be filed using the Court's electronic filing system which provides service to all counsel of record.

                                                */s/ Matthew W. Walch*
                                                Matthew W. Walch