## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

CCC Intelligent Solutions Inc

                    Plaintiff,

v.

                                           Case No.: 1:18–cv–07246

                                           Honorable LaShonda A. Hunt

Tractable Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 17, 2025:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling:The parties have notified the Court they have reached a settlement of this matter. The motions to compel at Dkts. 215, 216, 225, and 226 are denied as moot. All matters relating to the referral of this case having been resolved, the referral is closed and the case is returned to the assigned district judge. Judge Holleb Hotaling no longer referred to this case.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.