## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CCC INTELLIGENT SOLUTIONS INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> TRACTABLE, INC., ) <br> ) <br> Defendant. ) | Case No. 1:18-cv-07246 <br><br> Hon. LaShonda A. Hunt <br> Hon. Keri L. Holleb Hotaling |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to the Rule 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by and between the parties to this action, through their undersigned counsel, that all claims and counterclaims that they have asserted against each other are dismissed in their entirety with prejudice, with each party to bear its own respective costs, including attorneys' fees.

| | |
|---|---|
| Dated: February 10, 2025 | Respectfully submitted, |

/s/ Matthew W. Walch
Matthew W. Walch (Bar No. 6226308)
Kathryn A. Running (Bar No. 6330369)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
T: +1.312.876.7700; F: +1.312.993.9767
matthew.walch@lw.com
kathryn.running@lw.com

Marguerite M. Sullivan (Bar No. 6273129)
David L. Johnson (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
T: +1.202.637.2200; F: +1.202.637.2201
marguerite.sullivan@lw.com
david.johnson@lw.com

Elyse M. Greenwald (*pro hac vice*)
LATHAM & WATKINS LLP
10250 Constellation Blvd. Suite 1100
Los Angeles, CA 90067
T: +1.424.653.5500; F: +1.424.653.5501
elyse.greenwald@lw.com

Melanie J. Grindle (*pro hac vice*)
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
T: +1.858.523.5400; F: +1.858.523.5450
melanie.grindle@lw.com

Ryan R. Owen (*pro hac vice*)
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
T: +1.714.540.1235; F: +1.714.755.8290
ryan.owen@lw.com

*Counsel for Plaintiff CCC Intelligent Solutions Inc.*

/s/ Lazar P. Raynal
Lazar P. Raynal (Bar No. 6199215)
Michael A. Lombardo (Bar No. 6334886)
KING & SPALDING LLP
110 N. Wacker Drive, Suite 3800
Chicago, IL 60606
Telephone: (312) 995-6333
Facsimile: (312) 995-6330
lraynal@kslaw.com
mlombardo@kslaw.com

Julia C. Barrett (*pro hac vice*)
KING & SPALDING LLP
500 West 2nd Street, Suite 1800
Austin, Texas 78701
Telephone: (512) 457-2000

*Counsel for Defendant Tractable, Inc.*