# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

CCC Intelligent Solutions Inc.,

Plaintiff(s),

v.

Tractable Inc.,

Defendant(s).

Case No. 18 CV 7246
Judge LaShonda A. Hunt

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: This case is dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii) and 41(c).

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge LaShonda A. Hunt.

Date: 2/11/2025

Thomas G. Bruton, Clerk of Court

G. Lewis , Deputy Clerk