AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Northern District of Illinois, Eastern Division__ on the following

☑ Trademarks or  ☐ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>18-cv-7246 | DATE FILED<br>10/30/2018 | U.S. DISTRICT COURT<br>Northern District of Illinois, Eastern Division |
|---|---|---|
| PLAINTIFF<br>CCC Information Services Inc. | | DEFENDANT<br>Tractable Inc. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | See attached | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>Thomas G. Bruton | (BY) DEPUTY CLERK<br>R. Cornejo | DATE<br>2/12/2025 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director    **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CCC INFORMATION SERVICES INC., ) | |
| ) | |
| Plaintiff, ) | Case No. 1:18-cv-07246 |
| v. ) | |
| ) | |
| TRACTABLE INC., ) | |
| ) | |
| Defendant. ) | |

NOTICE OF CLAIMS INVOLVING TRADEMARK

Plaintiff CCC Information Services Inc. ("CCC" or "Plaintiff"), by and through its attorneys, and pursuant to Local Rule 3.4 of the Local Rules of the United States District Court for the Northern District of Illinois, hereby provides the information the Clerk is required to forward to the Commissioner pursuant to 15 U.S.C. §1116(c).

Name and Addresses of Litigants:

Plaintiff: CCC Information Systems Inc.
222 W Merchandise Mart Plaza, Suite 900
Chicago, IL 60654

Defendant: Tractable Inc.   Tractable Inc.
156 2nd Street   132-140 Goswell Road
San Francisco, CA 94105   London EC1V 7DY
  United Kingdom

Trademark Registration Numbers:

| Mark | Registration Number |
|---|---|
| CCC® | 2,013,714 |
| CCC® | 4,588,425 |
| CCC ONE® | 4,473,633 |
| CCC ONE® | 4,527,798 |
| CCC ONE® | 3,664,638 |
| CCC ONE® | 3,706,398 |

UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.2)
Eastern Division

CCC Intelligent Solutions Inc
                              Plaintiff,

v.                                            Case No.: 1:18−cv−07246
                                                        Honorable LaShonda A. Hunt

Tractable Inc.
                              Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 11, 2025:

       MINUTE entry before the Honorable LaShonda A. Hunt: Based upon the filing of the stipulation of dismissal [251], this case is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and 41(c). Any pending motions or deadlines are stricken. Civil case terminated. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ ROBERTO CORNEJO
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
February 12, 2025